IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

| | |
|---|---|
| Singleton Assets & Operations, LLC d/b/a Captain's Choice Marine<br><br>Plaintiff,<br><br>vs.<br><br>23' foot recreational vessel, Hull Identification No. FGB5011F819, her engines, bowspirit, anchor, cables, chains, rigging, tackle, apparel, sails, furniture and all accessories hereunto appertaining and belonging to her, *in rem*,<br><br>Defendant. | Civil Action No.: 3:25-cv-13372-MGL<br><br>**VERIFIED COMPLAINT** |

Plaintiff, Singleton Assets & Operations, LLC d/b/a Captain's Choice Marine (hereinafter referred to as "Plaintiff"), complaining of the above Defendants alleges as follows:

**JURISDICTION**

1. This is a case of foreclosure of a maritime lien for necessaries and breach of a maritime contract and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Plaintiff invokes the admiralty jurisdiction of this Honorable Court pursuant to 28 U.S.C. § 1333(1).

3. This case is governed under the Commercial Instruments and Maritime Lien Act, 46 U.S.C.A. § 31301 *et. seq.*, the General Maritime Law of the United States, and laws supplemental thereto and amendatory thereof.

4.      This action is filed under and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions.

## PARTIES

5.      Plaintiff is an entity existing under the laws of the State of Georgia, is licensed to do business in the state of South Carolina and operates a boat dealership and a vessel repair and storage facility at 3216 HWY 378, Leesville, SC 29070 (hereinafter referred to as "Dealership").

6.      Upon information and belief, the 23' foot recreational vessel with Hull Identification Number FGB5011F819 and SC DNR Number SC-5238-DL (hereinafter referred to as "the Vessel") is now, or will be, during the pendency of the action within the District of South Carolina and within the jurisdiction of this Court.

## FACTS

7.      Upon information and belief, Deedra M. Simmons is over 18 years of age, a resident of the State of South Carolina and the former owner of the Vessel.

8.      Upon information and belief, defendant Kira Veolker is over 18 years of age, a resident of the State of South Carolina and the current owner of the Vessel.

9.      According to the State of South Carolina Department of Natural Resources, the Vessel is currently owned Kira Veolker and was owned by Deedra M. Simmons at the time the Vessel was delivered to the Dealership.

10.     Defendant Deedra M. Simmons transported the Vessel at Plaintiff's Dealership to be repaired by Plaintiff.

11.     The Vessel has been at Plaintiff's Dealership since the summer of 2023.

12. Plaintiff completed the repairs on, or about, May 29, 2023 and Deedra M. Simmons failed to pay for the repairs and pick-up her vessel from the Dealership.

13. The Vessel has incurred storage charges of $15.00 per day since the date the repairs were completed.

14. While the Vessel was stored at the dealership, Deedra M. Simmons appears to have transferred the title to the Vessel to Kira Veolker, Deedra M. Simmons's daughter.

15. Kira Veolker and/or Deedra M. Simmons have failed to pay Plaintiff for the cost of the repairs and storage.

16. As of November 10, 2025, there remains due and owing to Plaintiff $12,975.00 for storage charges through November 10, 2025, $15.00 per pay for storage charges after November 10, 2025 and repair charges of a total of $12,922.63 for repairs and interest.

17. According to documents received from SC DNR, defendant Deedra M. Simmons transferred ownership of the vessel on June 25, 2024 to defendant Kira Veolker.

## FIRST CAUSE OF ACTION
(Enforcement of Plaintiff's Maritime Lien)

18. Plaintiff repeats and incorporates by reference the allegations set forth in paragraphs "1" through "17" of this Verified Complaint with the same force and effect as if more fully set forth herein.

19. Plaintiff has a maritime lien against the Vessel for the sums due for the services and necessaries provided to said Vessel, including, but not limited to, providing storage and repairs.

20. In order to enforce its maritime lien, Plaintiff has the right to have the Vessel arrested and sold.

21. All and singular, the claims of this Verified Complaint are true, and Plaintiff has the right to have its Maritime lien enforced in preference and priority over any and all persons claiming liens against the Vessel.

## PRAYER

**WHEREFORE**, by reason of the foregoing, Plaintiff prays that process in due form of law in admiralty and maritime cases issue against the Vessel, her engines, bowsprit, anchor, cables, chains, rigging, tackle, sails, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*; that the Defendant Vessel be arrested and sold to satisfy Plaintiff's maritime lien; that all persons claiming an interest therein be cited to appear and answer the Plaintiff's Complaint; that Defendant be required to appear and answer Plaintiff's Complaint; that judgment be rendered for Plaintiff against the Defendant; that Plaintiff be fully compensated and awarded compensatory and general damages, plus reasonable attorney's fees, *custodia legis* expenses, additional pre-judgment interest through date of judgment, costs of collection, and costs of the action; that all expert fees be taxed as costs; and that this Court award any other amount and grant any other relief as may be in the interests of justice.

BLUESTEIN LAW FIRM, P.A.

By: s/ S. Scott Bluestein
S. Scott Bluestein - Federal No. 6981
P.O. Box 22253
Charleston, SC 29413
266 W. Coleman Blvd., Suite 103
Mount Pleasant, SC 29464
843-577-3092 (telephone)
843-577-3093 (facsimile)
E-mail: scott@boatinglaw.us

ATTORNEY FOR PLAINTIFF

Mount Pleasant, South Carolina
November 10, 2025

## Verification

**COMES NOW,** Josh Richey, Esq., who deposes and says as follows:

1. My name is Josh Richey, I am a Citizen of the United States, over the age of 18, and of sound mind.

2. I am the General Counsel of Singleton Assets & Operations, LLC d/b/a Captain's Choice Marine and am authorized by Singleton Assets & Operations, LLC d/b/a Captain's Choice Marine to sign this Verification.

3. I have read the foregoing Verified Amended Complaint and know the contents thereof and the same are true to the best of my knowledge, except as to those matters therein stated to be on information and belief, and as to those matters I believe them to be true.

4. The sources of my information and the grounds of my belief are my personal knowledge and documents in my possession from Singleton Assets & Operations, LLC d/b/a Captain's Choice Marine.

**Further Affiant Sayeth Naught.**

_____
JOSH RICHEY

SWORN TO AND SUBSCRIBED BEFORE ME
this _11th_ day of November, 2025.

_____
NOTARY PUBLIC FOR GEORGIA
My Commission Expires: _1/21/27_

